# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00556-RJC-DSC

| | |
|---|---|
| **CARLOS HERNANDEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **COCA-COLA BOTTLING COMPANY CONSOLIDATED,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Kristin Starnes Gray]" (document # 5) filed November 11, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: November 12, 2014

David S. Cayer
United States Magistrate Judge